```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10   KEBRA NAGAST,                  ) CASE NO. CV 09-1044-CJC (PJW)
                                    )
11             Plaintiff,           )
                                    ) ORDER ACCEPTING REPORT AND
12        v.                        ) ADOPTING FINDINGS, CONCLUSIONS,
                                    ) AND RECOMMENDATIONS OF UNITED
13   DEPARTMENT OF CORRECTIONS,     ) STATES MAGISTRATE JUDGE
     et al.,                        )
14                                  )
               Defendants.          )
15   _____)
16
17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second
18   Amended Complaint, the records on file, and the Report and
19   Recommendation of the United States Magistrate Judge.  Plaintiff has
20   not filed any written Objections to the Report.  The Court accepts the
21   findings and recommendation of the Magistrate Judge.
22
23        DATED:    April 26, 2012.
24
25                                   _____
26                                   CORMAC J. CARNEY
                                     UNITED STATES DISTRICT JUDGE
27
28
```