UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEBRA NAGAST,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants. | CASE NO. CV 09-1044-CJC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed what was construed as the Second Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court accepts the findings and conclusion of the magistrate judge.

　　　DATED: September 26, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r Re Nagast v. DOC.wpd