1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10    KEBRA NAGAST,                     )  CASE NO. CV 09-1044-CJC (PJW)
                                        )
11                     Plaintiff,       )
                                        )  ORDER ACCEPTING REPORT AND
12               v.                     )  ADOPTING FINDINGS, CONCLUSIONS,
                                        )  AND RECOMMENDATIONS OF UNITED
13    DEPARTMENT OF CORRECTIONS,        )  STATES MAGISTRATE JUDGE
      et al.,                           )
14                                      )
                       Defendants.      )
15    _____)

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed what was

17    construed as the Second Amended Complaint, the records on file, and

18    the Report and Recommendation of United States Magistrate Judge.

19    Plaintiff has not filed any written objections to the Report.   The

20    Court accepts the findings and conclusion of the magistrate judge.

21

22         DATED:    September 26, 2012.

23

24                                      _____

25                                      CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE

26

27

28    C:\Temp\notesE1EF34\Order accep r&r Re Nagast v. DOC.wpd