JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEBRA NAGAST, | ) | CASE NO. CV 09-1044-CJC (PJW) |
| Plaintiff, | )<br>)<br>) | JUDGMENT |
| v. | ) | |
| DEPARTMENT OF CORRECTIONS,<br>et al., | )<br>)<br>) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>September 26, 2012</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Nagast v. DOC.wpd