JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEBRA NAGAST,<br><br>         Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>         Defendants. | CASE NO. CV 09-1044-CJC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED:  September 26, 2012.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Nagast v. DOC.wpd